**Order filed September 22, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00649-CV
_____

**ENRIQUE TORRES, Appellant**

**V.**

**FIESTA MART, LLC F/K/A FIESTA MART, INC., Appellee**

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-40407**

## O R D E R

The notice of appeal in this case was filed August 17, 2016. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **October 7, 2016.** *See* Tex. R. App. P. 5. If appellant fails

to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM